# CRIMINAL DOCKET
## United States District Court for the District of Columbia

CASE CLOSED

| PARTIES | ATTORNEYS | | CRIMINAL NO. |
|---|---|---|---|
| UNITED STATES VS. | U.S. ATTORNEY LOWTHER | G.J. NO. | 806-'61 |
| HENRY W. BANKS (19) | 1. R.P.Silverman 1300 Conn.Ave. NW | 1043-61 | |
| KENNETH BROWN (18) | 2. ~~B.C.Tolley,Jr. 910 Ameri. Sec.Bldg.~~ | 1043-61 | CHARGE: |
| | 2 ~~W.B.Wolf,Jr. 1001 Conn.Ave., NW~~ | | HOUSEBREAKING AND |
| | 2 L.B.Mxkall-Shoreham Bldg. | | LARCENY |
| | 2 R.M.Goolrick 1100 Shoreham Bldg.-Co-Counsel | | (22, DCC, 1801, 2201) |
| | | DATE FILED | BOND: |
| | | 1 | |
| | | 2  9-18-61 | $2000.00 M.Weinstein |

FILED
MAR - 9 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| DATE | No.1,2: | PROCEEDINGS |
|---|---|---|
| 1961 Oct 2 | | PRESENTMENT AND INDICTMENT FILED (2 Counts) |
| 1961 Oct 2 | No.2: | Copy of indictment mailed to deft. Cert.filed. |
| 1961 Oct 3 | No.1: | Copy of indictment given to deft. Cert.filed. |
| 1961 Oct 3 | No.1: | AFFIDAVIT for leave to proceed without prepayment of costs GRANTED AND filed. McGUIRE, C.J. |
| 1961 Oct 3 | No.1: | ORDER APPOINTING Ralph P. Silverman as counsel to defend, filed. McGUIRE, C.J. (N) |
| 1961 Oct 4 | No.1: | APPEARANCE of Ralph P. Silverman entered and filed. |
| 1961 Oct 6 | No.1,2: | ARRAIGNED, Plea NOT GUILTY entered; No.1: Defendant REMANDED to the District of Columbia Jail; Attorney not present. No.2: Defendant ON BOND; Attorney not present. McGUIRE, J. (Reporter-Edna Romig) Cert.filed. |
| 1961 Oct 13 | No.2: | Case is referred for APPOINTMENT of COUNSEL; Affidavit for leave to proceed WITHOUT PREPAYMENT of COSTS GRANTED and filed. McGUIRE, J. |

CONTINUED

# CRIMINAL DOCKET
## United States District Court for the District of Columbia

United States vs. 1. HENRY W. BANKS  
2. KENNETH BROWN  
Cr. No. 806-61  Supplemental Page No. 1

| DATE | | PROCEEDINGS |
|---|---|---|
| 1961 Oct 17 | No.2: | ORDER APPOINTING Benton C. Tolley, Jr. as counsel to defend, filed. McGUIRE, J. (N) |
| 1961 Oct 18 | No.2: | ORDER VACATING APPOINTMENT of Benton C. Tolley and appointing William B. Wolf, Jr. as counsel to defend, filed. McGUIRE, C.J. (N) |
| 1961 Oct 20 | No.2: | ORDER VACATING appointment of William B. Wolf, Jr. and APPOINTING Laidler B. Mackall as new counsel to defend, filed. McGUIRE, J. (N) (Reporter-E.Romig) |
| 1961 Oct 25 | No.2: | APPEARANCE of Robert M. Goolrick as Co-Counsel entered and filed. |
| 1961 Nov 22 | No.1: | Plea Not Guilty WITHDRAWN, Plea GUILTY entered to Count two (Larceny); Case is REFERRED to the PROBATION OFFICER OF THE COURT; Defendant REMANDED to the District of Columbia Jail; Attorney Ralph Silverman present. CURRAN, J. (Reporter-B.Williamson) Cert.filed. |
| 1961 Nov 24 | No.2: | MOTION of DEFENDANT for issuance of subpoena and Affidavit in support thereof, filed and GRANTED. WALSH, J. Cert. of Serv. |
| 1961 Nov 29 | No.1: | MOTION of DEFENDANT for issuance of subpoena and Affidavit in support thereof filed and GRANTED. CURRAN, J. |
| 1961 Nov 29 | No.2: | Plea Not Guilty withdrawn, PLEA GUILTY entered to Count two (Larceny); Case is REFERRED to the Probation Officer of the Court; Defendant ON BOND; Attorney Robert M. Goolrick present. KEECH, J. (Reporter-B. Williamson) Cert.filed. |
| 1961 Dec 5 | No.1: | MOTION of DEFENDANT for issuance of subpoena and affidavit in support thereof, filed and GRANTED. McLAUGHLIN, J. Cert. of Serv. |
| 1961 Dec 15 | No.1: | Plea GUILTY withdrawn, PLEA NOT GUILTY entered; Defendant REMANDED to the District of Columbia Jail; Attorney Ralph Silverman present. CURRAN, J. (Reporter-B.Williamson) Cert.filed. |
| 1961 Dec 22 | No.2:-KENNETH BROWN: | SENTENCED to imprisonment for a period of ONE (1) YEAR to THREE (3) YEARS; Execution of sentence Suspended; |

CONTINUED

# CRIMINAL DOCKET
## United States District Court for the District of Columbia

United States vs. 1. HENRY W. BANKS
2. KENNETH BROWN                    Cr. No. 806-61       Supplemental Page No. 2

| Date | Proceedings |
|---|---|
| TINUED | |
| 1Dec 22 | No. 2 - KENNETH BROWN: |
| | Defendant PLACED ON PROBATION in charge of the Probation Officer of the Court for a period of THREE (3) YEARS; |
| | ORAL MOTION of GOVERNMENT for leave to dismiss REMAINING COUNT is by the Court GRANTED; |
| | Dismissal entered as to REMAINING COUNT; |
| | Attorney Robert Goolrick present. |
| | JUDGMENT & COMMITMENT, filed. |
| | CURRAN, J.    (Reporter-B. Williamson)    Cert. filed. |
| 1Jan 3 | No. 1 - HENRY W. BANKS: |
| | JURY SWORN ON VOIR DIRE; JURY AND TWO ALTERNATE JURORS SWORN: |
| | Mrs. Dorothy C. Queen        Miss Ethel B. Dorsey       George F. Tucker |
| | Melvin S. Smith              Mrs. Arleane M. Dowdy      Miss Evelyn C. Vincent |
| | James H. Marshall            Mordecia M. Harris         Miss Alice R. Biscoe |
| | Mrs. Georgia M. Lovelace     Bryan K. Ogden             Purcell N. Norman |
| | a.1. Junius M. Thomas        a.2. Mrs. Ruth A. Peyton |
| | TRIAL BEGUN; |
| | Plea Not Guilty withdrawn, PLEA GUILTY entered to Count two (larceny); |
| | Case is REFERRED to the Probation Officer of the Court; |
| | Defendant REMANDED to the District of Columbia Jail; |
| | Attorney Ralph Silverman present. |
| | HOLTZOFF, J.    (Reporter-Gerald Nevitt)    Cert. filed. |
| 61Jan 26 | IMPOSITION of sentence Suspended; |
| | Defendant PLACED ON PROBATION in charge of the Probation Officer of the Court for a period of FIVE (5) YEARS; |
| | ORAL MOTION of GOVERNMENT for leave to dismiss REMAINING COUNT is by the Court GRANTED; |
| | Dismissal entered as to remaining count; |
| | Defendant REMANDED to the District of Columbia Jail; |
| | APPEARANCE of Ralph Silverman withdrawn (fiat) filed; |
| | Attorney Ralph Silverman present. |
| | JUDGMENT & PROBATION, filed. |
| | HOLTZOFF, J.    (Reporter-Gerald Nevitt)    Cert. filed. |
| CONTINUED | |

# CRIMINAL DOCKET
## United States District Court for the District of Columbia

United States vs. 1. HENRY W. BANKS
2. KENNETH BROWN                    Cr. No. 806-61    Supplemental Page No. 3

| DATE | | PROCEEDINGS |
|---|---|---|
| May 29 | | No.1: TRANSCRIPT OF PROCEEDINGS of Jan. 3, 1962, filed. Clerk's Copy (Reporter-G.Nevitt) |
| Jun 25 | | No.1: TRANSCRIPT OF PROCEEDINGS, of Jan. 26, 1962, filed. Clerk's Copy (Reporter - Nevitt) |
| Dec 21 | | No.1 - HENRY W. BANKS: HEARING ON VIOLATION of PROBATION HELD: PROBATION REVOKED: Defendant REMANDED to the District of Columbia Jail; SENTENCED to imprisonment for a period of ONE (1) YEAR to THREE (3) YEARS. Revocation of Probation and Judgment & Commitment, f: Defendant WAIVED RIGHT to be represented by counsel. HOLTZOFF, J.   (Reporter-Gerald Nevitt) |
| Oct 1 | | NO.2: KENNETH BROWN: Request from PROBATION OFFICER for discharge of Deft., file Certificate of Vacation of Conviction pursuant to the provisions of Sec. 5021(b) Title 18, U.S.Code, filed.   CURRAN.J. ORDER fo discharge from Probation pursuant to Section 5021(b), Title 18, U.S.Code, filed.   CURRAN, J. |
| Apr 5 | | No.2: Defendant's motion to be furnished copy of trial transcript without prepayment of costs, filed   PRO SE |
| Apr 30 | | 2: Deft's motion to be furnished copy of trial transcript without prepayment of costs filed 4-5-68 DENIED (Fiat) HOLTZOFF, J. (N) |



Tag 1: BANKS, HENRY WILLIS — G.J. 1185-65 — CRIM. 1241-65

Tag 2: BANKS, HENRY WILLIS — G.J. 1043-61 — CRIM. 806-61