FILED

OCT 20 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,   )
                            )
          v.                )   Crim. No. 61-0806 (TFH)
                            )
HENRY W. BANKS              )
     Defendant.             )

## ORDER

Upon consideration of defendant's motion to expunge his criminal record, and the United States' Opposition to defendant's motion, and it appearing that the defendant is not entitled to the relief sought,

It is hereby ORDERED that the defendant's motion to expunge his criminal record is hereby DENIED.

_____
CHIEF JUDGE THOMAS F. HOGAN
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DATE: Oct. 13, 2006

Copies to:

Carolyn K. Kolben, Bar No. 391-156
Assistant United States Attorney
Room 10-441
555 4th Street N.W.
Washington, D.C. 20530
202-514-7280

Henry W. Banks
1331 Wilmington Place, S.E., #104
Washington, D.C. 20032